IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME WALKER, # 232 110 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-360-WKW |
| ) | (WO) |
| LINDA NATHON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On June 10, 2008, the Magistrate Judge filed a Recommendation (Doc. # 5) in this case to which no timely objections have been filed. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 5) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for plaintiff's failure to prosecute this action and comply with the orders of this court.

An appropriate judgment will be entered

DONE this 1st day of July, 2008.

                                        /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE